CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
MAY 15 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| STEPHAN P. STERLING-EARL, ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00196 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| A. GRAY, et al., ) | By: Hon. Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

### ADJUDGED AND ORDERED

that

    a.    All plaintiff's claims brought under 42 U.S.C. § 1983 shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1);

    b.    All plaintiff's claims brought under 28 U.S.C. § 2241 shall be and hereby are **DISMISSED** without prejudice;

    c.    All other pending motions are hereby **DENIED** as **MOOT**; and

    d.    This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 15th day of May, 2006.

                                                Senior United States District Judge